**Order filed, September 25, 2018.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-18-00686-CR

————————

**STEVEN ANTHONY DURAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 27th District Court
Bell County, Texas
Trial Court Cause No. 75264**

## ORDER

The reporter's record in this case was due September 17, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Holly R. Wolfe, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM